UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDEMAR GAITAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL DALESANDRO, et al.,<br><br>Defendants. | **1:23-cv-00926-GSA (PC)**<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS** *ON APPROPRIATE FORM* **OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a Fresno County Jail inmate proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 *on the appropriate form*.

Accordingly, **IT IS HEREBY ORDERED** that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 23, 2023**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE